1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                       UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                            OAKLAND DIVISION

12
   ISAAC NAGAR,                          )
13                                       )
            Plaintiff,                   )   Case No. 05-4527 CW
14                                       )
        v.                               )
15                                       )   **STIPULATION TO EXTEND DATES;**
   ALBERTO R. GONZALES, Attorney General,)   **and ORDER**
16 Department of Justice; MICHAEL CHERTOFF,)
   Secretary of the Department of Homeland Security; )
17 DAVID N. STILL, District Director of the United )
   States Citizenship and Immigration Services, San )
18 Francisco District Office; and the UNITED )
   STATES CITIZENSHIP AND IMMIGRATION    )
19 SERVICES,                             )
                                         )
20          Defendants.                  )
                                         )
21

22     Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to the following:

     1. Plaintiff filed this action on or about November 7, 2005, and Defendants filed their answer
24
   on January 6, 2006.
25
     2. Pursuant to this Court's November 7, 2005 Order Setting Initial Case Management
26
   Conference, the parties are required to file a joint case management statement on March 3, 2006,
27
   and attend a case management conference on March 10, 2006.
28

Stip. to Extend Dates
C 05-4527 CW

3. Accordingly, in order to allow sufficient time for Defendants to complete the adjudication of Plaintiff's Application for Naturalization (Form N-400), and to determine whether this matter can be resolved without further litigation, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

    Last day to file/serve Joint Case Management Statement:    April 21, 2006

    Case Management Conference:    April 28, 2006, at 1:30 p.m.

Date: March 1, 2006    Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: March 2, 2006    /s/
PHILIP ABRAMOWITZ
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 3/6/06

CLAUDIA WILKEN
United States District Judge

Stip. to Extend Dates
C 05-4527 CW    2