1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12
   ISAAC NAGAR,                              )
13                                           )
                Plaintiff,                   ) C05-4527 CW
14                                           )
        v.                                   )
15                                           )
   ALBERTO R. GONZALES, Attorney General,    ) **AMENDED SECOND STIPULATION**
16 Department of Justice; MICHAEL CHERTOFF,  ) **TO EXTEND DATES; ORDER AS**
   Secretary of the Department of Homeland   ) **MODIFIED**
17 Security; DAVID N. STILL, District Director )
   of the United States Citizenship and Immigration )
18 Services, San Francisco District Office; and the )
   UNITED STATES CITIZENSHIP AND             )
19 IMMIGRATION SERVICES,                     )
                                             )
20              Defendants.                  )
                                             )
21

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the Court's approval, to an extension of time to file their joint

24 case management statement, and continue the case management conference. The extension is

25 required because the Defendants require additional time to complete adjudication of Plaintiff's

26 Application for Naturalization.

27      Therefore, the parties hereby respectfully ask this Court to extend the dates in the Court's

28 scheduling order as follows:

Amended Second Stip. to Extend Dates
C 05-4527 CW

| | | |
|---|---|---|
| 1 | Last day to file/serve Joint Case Management Statement: | August 25, 2006 |
| 2 | Case Management Conference: | September 8, 2006, at 1:30 p.m. |

Date: April 27, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney


_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants


Date: April 27, 2006

_____/s/_____
PHILIP ABRAMOWITZ
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/15/06

*[signature: Claudia Wilken]*

CLAUDIA WILKEN
United States District Judge

Amended Second Stip. to Extend Dates
C 05-4527 CW                                   2