1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12
   ISAAC NAGAR,                          )
13                                        )
            Plaintiff,                    )    Case No. 05-4527 CW
14                                        )
            v.                            )
15                                        )    **STIPULATION TO DISMISS AND**
   ALBERTO R. GONZALES, Attorney General, )    **ORDER**
16 Department of Justice; MICHAEL CHERTOFF, )
   Secretary of the Department of Homeland Security; )
17 DAVID N. STILL, District Director of the United )
   States Citizenship and Immigration Services, San )
18 Francisco District Office; and the UNITED )
   STATES CITIZENSHIP AND IMMIGRATION )
19 SERVICES,                             )
                                          )
20          Defendants.                   )
                                          )
21

22      Plaintiff, by and through his attorneys of record, and defendants, by and through their attorney

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate plaintiff's application for naturalization and agree to

26 adjudicate such application within 30 days of the dismissal of this action.

27      Each of the parties shall bear their own costs and fees.

28

Stip. to Dismiss
C 05-4527 CW

1    Date: June 5, 2006             Respectfully submitted,

2                                   KEVIN V. RYAN
                                  United States Attorney

3

4

                                  /s/
5                                   ILA C. DEISS
                                  Assistant United States Attorney
6                                   Attorneys for Defendants

7

8

9                                   /s/
   Date: June 13, 2006               PHILIP ABRAMOWITZ
10                                   Attorney for Plaintiff

11

                               **ORDER**
12

       Pursuant to stipulation, IT IS SO ORDERED.
13

14
   Date:    6/30/06

15                                   CLAUDIA WILKEN
                                  United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. to Dismiss
C 05-4527 CW                                   2